No. 340. OHIO EX REL. CHURCH ET AL. *v.* BROWN, SECRETARY OF STATE OF OHIO. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Lewis W. Combest* and *Harry W. Day* for appellants. *C. William O'Neill,* Attorney General of Ohio, and *Ralph Klapp* and *Neva H. Wertz,* Assistant Attorneys General, for appellee.

No. 365. INTERSTATE COMMERCE COMMISSION *v.* HOME TRANSFER & STORAGE CO., INC.

*Per Curiam:* The judgment is affirmed. *Robert W. Ginnane* and *Leo H. Pou* for appellant. Briefs of *amici curiae* in support of appellant were filed by *Charles P. Reynolds* and *Carl Helmetag, Jr.* for the Akron, Canton & Youngstown Railroad Co. et al., and *Peter T. Beardsley* for the American Trucking Associations, Inc., et al.

No. 372. POCATELLO BUILDING & CONSTRUCTION TRADES COUNCIL ET AL. *v.* C. H. ELLE CONSTRUCTION CO. ET AL. *Per Curiam:* The appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is granted. The judgment of the Supreme Court of Idaho is reversed. *Weber* v. *Anheuser-Busch, Inc.,* 348 U. S. 468. *J. Albert Woll, Thomas E. Harris* and *Clarence M. Beck* for appellants. *L. E. Haight* for appellees.

No. 300. COZART ET AL. *v.* WILSON, SECRETARY OF DEFENSE, ET AL.